# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 29, 2014

### NO. 03-12-00842-CV

**Austin Energy, Appellant**

**v.**

**Trinity Universal Insurance Group the Real Party in Interest as Subrogee of the Named Plaintiff Steven Spears, Appellee**

### APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
### REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on June 29, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.

.